**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Executive Office for the US Attorneys
Freedom of Information Privacy Act
600 E Street, NW Ste. 7300
Washington, DC 20530-0001

Civil Action, File Number __07-1816    HHK__

__Russell Caston__
V.
__Executive Office for US Attorneyts__

...ved pursuant to the Federal Rules of Civil Procedure.

...nt part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ...rpose. Keep copy 3 for your records.

...NOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ...other entity, you must indicate under your signature your relationship to that entity. If ...authorized to receive process, you must indicate under your signature your authority.

...2 of this form to the sender within ____ days, you (or the party on whose behalf you ...incurred in serving a summons and complaint in any other manner permitted by law.

...f this form, you (or the party on whose behalf you are being served) must answer the ...were sent. If you fail to do so, judgment by default will be taken against you for the

Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature (USMS Official)

OF RECEIPT OF SUMMONS AND COMPLAINT
...ved a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense

---

**Return receipt card:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Executive Office for the US Attorneys
Freedom of Inforamtion Privacy Act
600 E St., NW, Ste. 7300
Bicentennial Bldg.
Washington, DC 20530-0001

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
OCT 15 2007
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540