UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUSSELL CASTON,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**EXECUTIVE OFFICE FOR THE** )<br>**UNITED STATES ATTORNEYS,** )<br>)<br>**Defendant.** )<br>) | Case No: 07-cv-01816 (HHK) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney John C. Truong as counsel of record for Defendant.

Dated: November 13, 2007          Respectfully submitted,

                                                                  /S/
                                          John C. Truong, D.C. Bar # 465901
                                          Assistant United States Attorney
                                          Judiciary Center Building
                                          555 Fourth Street, N.W.
                                          Washington, D.C. 20530
                                          (202) 307-0406
                                          (202) 514-8780 (fax)
                                          john.truong@usdoj.gov

## CERTIFICATE OF SERVICE

    I certify that the foregoing Notice of Appearance was served upon plaintiff by depositing a copy in the U.S. Mail, first class postage prepaid, addressed to:

RUSSELL CASTON
R08816-043
Yazoo City Federal Correctional Institution
P.O. Box 5000
Yazoo City, Mississippi 39194

on this 13th day of November, 2007.

                                                    _____
                                                    John C. Truong, D.C. Bar # 465901
                                                    Assistant United States Attorney
                                                    Judiciary Center Building
                                                    555 Fourth Street, N.W.
                                                    Washington, D.C. 20530
                                                    (202) 307-0406
                                                    (202) 307-8780 (fax)
                                                    john.truong@usdoj.gov