UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUSSELL CASTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No: 07-cv-01816 (HHK) |
| ) | |
| **EXECUTIVE OFFICE FOR THE** ) | |
| **UNITED STATES ATTORNEYS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests an extension of time to January 15, 2008, to respond to *pro se* Plaintiff's complaint. Since Mr. Russell Caston is a prisoner currently incarcerated in Yazoo City, Mississippi, the undersigned did not confer with him about this Motion.[1]

There is good cause for the Court to grant this Motion. Pro se Plaintiff files this Freedom of Information Act (FOIA) case seeking documents pertaining to his criminal case. Compl. at Relief Sought. Plaintiff appears to allege that he unknowingly and involuntarily waived his rights under the FOIA when he entered into a plea agreement. Compl. at ¶ 3-6. Defendant is in the process of evaluating Plaintiff's allegations and that process is taking more time than

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

anticipated. Therefore, Defendant needs the additional time to complete that evaluation process

Defendant is seeking an unusually extended period because of the holiday season and the travel schedules of both the undersigned and agency counsel. Specifically, the undersigned counsel is scheduled to be out of town from December 11 to 27, 2007, and the agency counsel on this case is on travel from December 28, 2007, through January 2, 2008.

For the foregoing reasons, Defendant respectfully requests that the Court grant an extension until January 15, 2008, for Defendant to respond to Plaintiff's complaint.

Dated: November 28, 2007                Respectfully Submitted,


   /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


   /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

   /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUSSELL CASTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No: 07-cv-01816 (HHK) |
| ) | |
| **EXECUTIVE OFFICE FOR THE** ) | |
| **UNITED STATES ATTORNEYS,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

Upon consideration of Defendant's Motion for An Extension of Time and the entire record herein, it is this_____ day of _____, 2007,

ORDERED that Defendant's Motion for An Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including January 15, 2008, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion for An Extension of Time was served upon plaintiff by depositing a copy in the U.S. Mail, first class postage prepaid, addressed to:

RUSSELL CASTON
R08816-043
Yazoo City Federal Correctional Institution
P.O. Box 5000
Yazoo City, Mississippi 39194

on this 28th day of November, 2007.

_____
John C. Truong, D.C. Bar # 465901
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406
(202) 307-8780 (fax)
john.truong@usdoj.gov