UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUSSELL CASTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No: 07-cv-01816 (HHK) |
| ) | |
| **EXECUTIVE OFFICE FOR THE** ) | |
| **UNITED STATES ATTORNEYS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## MOTION FOR AN EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully requests an extension of time to February 18, 2008, to respond to *pro se* Plaintiff's complaint. Since Mr. Russell Caston is a prisoner currently incarcerated in Yazoo City, Mississippi, the undersigned did not confer with him about this Motion.[1]

There is good cause for the Court to grant this Motion. *Pro se* Plaintiff files this Freedom of Information Act (FOIA) case seeking documents pertaining to his criminal case. Compl. at Relief Sought. Plaintiff appears to allege that he unknowingly and involuntarily waived his rights under the FOIA when he entered into a plea agreement. Compl. at ¶ 3-6. Defendant intended to file a response to Plaintiff's Complaint by the due date, January 15, 2008; however,

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

other pressing obligations have prevented the undersigned counsel from preparing a response in time. Specifically, on January 7, 2008, the District Court unexpectedly ordered an evidentiary hearing in In re Fannie Mae Litigation, MDL 1688, Civ. No. 04-1639 (D.D.C.), for Tuesday January 15, 2008. The evidentiary hearing is to determine whether the District Court should sanction the agency by ordering the disclosure of certain privileged documents. The District Court also ordered that the agency submit a brief by January 11, 2008, in advance of the evidentiary hearing. The undersigned counsel has been devoting substantial time to this matter since January 7, 2008. In addition, the undersigned counsel participated in an all-day, court-ordered mediation on January 9, 2008.

In addition, in the next two weeks, the undersigned counsel has to prepare and defend six depositions in yet another case. Given these pressing obligations, the undersigned counsel was not able to complete preparing a draft response to Plaintiff's Complaint in time to circulate it for client and supervisory review prior to filing it with the Court.

Accordingly, for the foregoing reasons, the Court should grant an extension until February 18, 2008, for Defendant to respond to Plaintiff's Complaint.


Dated: January 14, 2008.                    Respectfully Submitted,


    /s/   Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


    /s/   Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

          /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

    /s/   John C. Truong
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUSSELL CASTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No: 07-cv-01816 (HHK) |
| ) | |
| **EXECUTIVE OFFICE FOR THE** ) | |
| **UNITED STATES ATTORNEYS,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of Defendant's Motion for An Extension of Time and the entire record herein, it is this_____ day of _____, 2008,

ORDERED that Defendant's Motion for An Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including February 18, 2008, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge

## CERTIFICATE OF SERVICE

I certify that, on January 18, 2008, the foregoing Motion for An Extension of Time was served upon plaintiff by depositing a copy in the U.S. Mail, first class postage prepaid, addressed to:

RUSSELL CASTON
R08816-043
Yazoo City Federal Correctional Institution
P.O. Box 5000
Yazoo City, Mississippi 39194


_____//s//_____
John C. Truong