UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RUSSELL CASTON,

                Plaintiff,

  v.

EXECUTIVE OFFICE FOR THE UNITED
STATES ATTORNEYS,

                Defendant.

Civil Action No. 07-1816 (HHK)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss or, in the alternative, for summary judgment [Dkt. #11] is GRANTED. It is further

ORDERED that this civil action is DISMISSED WITH PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

                                              */s/*
                                    HENRY H. KENNEDY, JR.
                                    United States District Judge

DATE: August 22, 2008